IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY MASON                                                                                   PLAINTIFF

V.                              3:07CV00024GTE/HDY

LARRY JONES and MICHAEL JONES                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of March, 2007.

                                                                      /s/ Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE